**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                   **CASE NO.: 2:16-CR-102
JUDGE GEORGE C. SMITH
MAGISTRATE JUDGE VASCURA**

**MICHAEL VERNELL WILLIAMS,**

    **Defendant.**

## ORDER

On August 28, 2019, the Magistrate Judge issued a Report and Recommendation recommending that Defendant Williams be sentenced to a term of imprisonment of eight (8) months, and that no further term of supervision be imposed. (Doc. 17).

The Magistrate Judge held a revocation hearing on August 28, 2019. The Defendant stipulated to the violations of the conditions of supervised release which included: "Defendant shall not commit another federal, state, or local crime;" "Defendant shall notify the probation officer within seventy-two (72) hours of being arrested or questioned by a law enforcement officer;" "Defendant shall report to the probation officer as directed and shall submit a truthful and complete written report within the first five days of each month;" "Defendant shall notify the probation officer ten days prior to any change in residence or employment;" and "Defendant will participate in a program of testing, counseling and treatment for drug and alcohol abuse as directed by the probation officer."

Defendant was convicted on February 21, 2018 of his third OVI conviction since being on supervised release and he failed to notify his probation officer. Defendant incurred additional charges in March 2019 and July 2019, which included driving under a suspended license, obstructing justice, and resisting arrest. Defendant failed to report to the probation officer since March 22, 2019. His whereabouts were unknown until his arrest on July 14, 2019. Further, Defendant was ordered to do intensive outpatient treatment following his 3rd OVI conviction while on supervision. He began treatment on September 27, 2018, but was unsuccessfully terminated on February 28, 2019, due to lack of engagement and excessive absences.

Based on all this information, the Magistrate Judge recommended that Defendant's supervised release be revoked and that he be sentenced to a term of imprisonment of eight (8) months, and that no further term of supervision be imposed.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation. Defendant did not file any objections. Accordingly, the Court **ADOPTS** the Report and Recommendation and hereby confirms the revocation of Defendant's supervised release. Defendant is sentenced to a term of imprisonment of eight (8) months, and no further term of supervised release is imposed.

**IT IS SO ORDERED.**

                                                     */s/ George C. Smith*
                                                   **GEORGE C. SMITH, JUDGE**
                                                   **UNITED STATES DISTRICT COURT**